```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 08 B 23589
   ANGELA L EARLS
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-9055


---------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 09/06/2008 and was not confirmed.

     The case was dismissed without confirmation 12/08/2008.
---------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                             PAID            PAID
---------------------------------------------------------------------------
CITIFINANCIAL INC        CURRENT MORTG          .00            .00             .00
CITIFINANCIAL INC        MORTGAGE ARRE       801.12            .00             .00
CITIMORTGAGE INC         CURRENT MORTG          .00            .00             .00
CITIMORTGAGE INC         UNSECURED       NOT FILED             .00             .00
CITIMORTGAGE INC         MORTGAGE ARRE      5000.00            .00             .00
JEFFERSON CAPITAL SYSTEM UNSECURED          2519.84            .00             .00
ROUNDUP FUNDING LLC      UNSECURED           988.84            .00             .00
ECAST SETTLEMENT CORP    UNSECURED          3537.43            .00             .00
ECAST SETTLEMENT CORP    UNSECURED           729.78            .00             .00
CCS FIRST SAVINGS BANK   UNSECURED       NOT FILED             .00             .00
ECAST SETTLEMENT CORP    UNSECURED          2985.56            .00             .00
CITIFINANCIAL            UNSECURED       NOT FILED             .00             .00
CITIFINANCIAL            UNSECURED       NOT FILED             .00             .00
CITY OF CHICAGO PARKING  UNSECURED          1580.00            .00             .00
DIRECT MERCHANTS BANK    UNSECURED       NOT FILED             .00             .00
DIRECT MERCHANTS BANK    UNSECURED       NOT FILED             .00             .00
LVNV FUNDING LLC         UNSECURED           961.87            .00             .00
ROUNDUP FUNDING LLC      UNSECURED           753.38            .00             .00
ECAST SETTLEMENT CORP    UNSECURED           602.44            .00             .00
ECAST SETTLEMENT CORP    UNSECURED           683.62            .00             .00
ECAST SETTLEMENT CORP    UNSECURED           537.00            .00             .00
ROUNDUP FUNDING LLC      UNSECURED           393.34            .00             .00
CITIMORTGAGE             MORTGAGE NOTI   NOT FILED             .00             .00
FINGERHUT DIRECT MARKETI UNSECURED           963.93            .00             .00
ROBERT J SEMRAD & ASSOC  REIMBURSEMENT       41.50             .00           41.50
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY       3,500.00                          51.30
TOM VAUGHN               TRUSTEE                                              7.20
DEBTOR REFUND            REFUND                                             100.00

         Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                    200.00
```

```
PRIORITY                                                           41.50
SECURED                                                              .00
UNSECURED                                                            .00
ADMINISTRATIVE                                                     51.30
TRUSTEE COMPENSATION                                                7.20
DEBTOR REFUND                                                     100.00
                                       ---------------     ---------------
TOTALS                                         200.00              200.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
    Dated: 03/05/09                _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE